**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

      **Plaintiff,**

      **v.**                                **Case No. 2:14–cr–199**

**Robert H. Grimsley, Jr.,**               **Judge Michael H. Watson**

      **Defendant.**

### ORDER

On October 10, 2014, United States Magistrate Judge King issued a Report and Recommendation ("R&R") recommending the Court accept Defendant's plea of guilty to Count 1 of the Information in this case.  R&R 2, ECF No. 11.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).  *Id.* at 3.  The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting the R&R.  *Id.*  The deadline for filing such objections has passed, and no objections were filed.

Additionally, decision on acceptance or rejection of the plea agreement was deferred for consideration by the District Judge after the preparation of a presentence investigation report ("PSR").  *Id.* at 2.

Having received no objections to the R&R, and having reviewed the PSR, the Court **ADOPTS** the R&R and accepts Defendant's guilty plea.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**